# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br>        Plaintiff,<br><br>        v.<br><br>YUKUM,<br>        Defendant(s). | No. 2:24-mc-0152 AC P<br><br>**NOTICE AND ORDER RE: FILING BY VEXATIOUS LITIGANT** |

      Plaintiff, Willie Weaver, has attempted to initiate a new civil action. According to the pre-filing order in Case No. 2:17-cv-1003 JAM AC P (see ECF No. 14), plaintiff has been identified as a vexatious litigant who is not permitted to initiate any civil action against a government employee, government official, or governmental entity without payment of the required filing and administrative fees and/or written authorization from a United States District Judge or Magistrate Judge. The court has reviewed the complaint in accordance with the pre-filing order and finds that:

☐ Plaintiff has submitted the required fees with his complaint.

☒ Plaintiff has not submitted the required fees and
    ☐ has    ☒ has not
made the required evidentiary showing, with documentation, that he is in imminent danger of serious physical injury.

☐ Plaintiff has stated that his administrative remedies are not exhausted and
    ☐ has    ☐ has not
provided a sworn statement explaining why he did not exhaust his administrative remedies prior to filing the complaint and showing that administrative remedies were unavailable.

Accordingly, IT IS HEREBY ORDERED that plaintiff
    ☐ may file the complaint in the above-referenced matter and the Clerk of the Court is directed to file the complaint and assign a civil case number.
    ☒ may not file the complaint in the above-referenced matter because he has not complied with the requirements of the pre-filing order, as indicated above. The Clerk of the Court is directed to return the complaint to plaintiff. Plaintiff may re-submit the complaint in accordance with the requirements of the pre-filing order entered in Case No. 2:17-cv-1003 JAM AC P.

DATED: April 25, 2024

                                                                         ALLISON CLAIRE
                                                                         UNITED STATES MAGISTRATE JUDGE